Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 475 - 1 | **DATE** | 6/13/2008 |
| **CASE TITLE** | United States of America vs. Marchello Hatten | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued pursuant to complaint. Government's exparte motion to seal complaint, affidavit, and arrest warrant granted. Enter order to seal complaint, affidavit, and arrest warrant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|

08CR475 - 1 United States of America vs. Marchello Hatten

Page 1 of 1