UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 475** |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Sidney I. Scheinkier |
| MARCHELLO M. HATTEN | ) | |
| | ) | **UNDER SEAL** |

## ORDER

Upon the government's motion to seal the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and this Order, it is hereby FOUND AND DETERMINED THAT:

  A.  Disclosure of the materials sought to be sealed could reveal details of the government's investigation.

  B.  Disclosure of the materials sought to be sealed could hamper the government's investigation and prosecution.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

  1.  The government's motion is granted.

  2.  The Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and this Order shall be sealed for a period of 60 days, through and including August 13, 2008, or until the arrest of the defendant, whichever occurs first. This Order shall not prevent the entry of information relating to the arrest warrant into appropriate law enforcement data bases to assist in the arrest of the defendant.

FILED
JUN 1 3 2008 TC
June 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
SIDNEY I. SCHEINKIER
United States Magistrate Judge

DATED: 06-13-08