# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 475 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Marchello M. Hatten | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/18/08..The defendant is informed of his rights. Enter order appointing Robert Seeder as counsel for defendant. Detention hearing and Preliminary examination set for 6/20/08 at 1:30 p.m. The defendant is ordered detained until further order of Court. The Indictment is ordered unsealed.

Docketing to mail notices.

00:07

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 18 PM 5:34
FILED-EDI