# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 475 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA v. Marchello Hatten | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant is ordered detained as a risk of flight and a danger to the community as stated on the record. *AK*

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | AC |
|---|---|---|