# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

MARCHELLO M. HATTEN

**FILED**
JUN 23 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

**WARRANT FOR ARREST**

CASE NUMBER: **08CR 475**

**MAGISTRATE JUDGE SCHENKIER**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Marchello M. Hatten___
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment   __ Information   _X_ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging him or her with: (brief description of offense)

knowingly and intentionally possessing with intent to distribute a controlled substance, namely, five grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance and 5 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance

Sidney I. Scheinkier
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

June 13, 2008 at Chicago, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 6/13/2008 | BRET CURTIS<br>FBI SPECIAL AGENT | Bret Curtis |
| DATE OF ARREST<br>6/17/2008 | | |