Minute Order Form (06/97)

JUDGE AMY ST. EVE

**United States District Court, Northern District of Illinois**

08 GJ 652

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE SCHENKIER | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0475 | DATE | JULY 17, 2008 |
| CASE TITLE | US v. MARCHELLO M. HATTEN | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the _SPECIAL JUNE 2007_ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE.**

RECEIVED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | | Date mailed notice |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET #