IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 475 |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| MARCHELLO M. HATTEN | ) | |

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for permission to issue early return trial subpoenas.  In support of this motion, the Government states as follows:

1. The Government requests the opportunity to issue early return trial subpoenas in anticipation of the trial date.

2. Counsel for defendant has no objection, so long as he may also have the opportunity to issue early return trial subpoenas.

3. The parties have agreed to produce to each other any material obtained by early return trial subpoenas.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

s//Nathalina A. Hudson
By: Nathalina A. Hudson
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois  60604
(312) 353-1123