UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  08 CR 475 |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| MARCHELLO M.  HATTEN | ) | |

## NOTICE OF MOTION

　　　PLEASE TAKE NOTICE that on Monday, September 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Amy J. St. Eve, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS,**

in the above-captioned case, at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: September 2, 2008　　　　By:    s/Nathalina A. Hudson
　　　　　　　　　　　　　　　　　　　　NATHALINA A. HUDSON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　219 S. Dearborn St.
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60604
　　　　　　　　　　　　　　　　　　　　(312) 353-1123

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION FOR EXCLUSION OF TIME**

was served on September 2, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      Nathalina A. Hudson/s
      NATHALINA A. HUDSON
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois
      (312) 353-1123